AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Carol A. Blanchard, Executive Director of
theTeamsters Union 25 Health Services and
Insurance Plan

V.

Hall & Cole Produce, Inc
and
Howard B. Hall, III

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10622 RGS**

TO: (Name and address of Defendant)

> Howard B. Hall, III, President, Secretary and Treasurer
> Hall & Cole Produce, Inc.
> 1 Heather Lane
> Hingham, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Matthew E. Dwyer, Esq.
> Dwyer, Duddy and Facklam, P.C.
> One Center Plaza, Suite 360
> Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 30 2005

CLERK _____  DATE

(By) DEPUTY CLERK