UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL A. BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>HALL & COLE PRODUCE, INC. and HOWARD B. HALL, III<br><br>Defendants. | Civil Action No. 05-10622-RGS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, hereby dismisses the above-captioned action without prejudice.

For the Plaintiff,
CAROL BLANCHARD, EXECUTIVE
DIRECTOR of the TEAMSTERS UNION 25
HEALTH SERVICES AND INSURANCE
PLAN
By her attorneys,

_____
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza; Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: June 17, 2005

## CERTIFICATE OF SERVICE

      I, Matthew E. Dwyer, do hereby certify that a true copy of the foregoing document, has been served upon:

Stephen McCluskey
c/o Hall & Cole Produce, Inc.
23 Worth Street
Melrose, MA  02176

Howard B. Hall, III, President
Hall & Cole Produce, Inc.
1 Heather Lane
Hingham, Massachusetts, 02150

by first class mail, postage prepaid, this __17__ day of June 2005.

                                                */s/ Matthew E. Dwyer*
                                                Matthew E. Dwyer

f:\l25hsip\hall&coleproduce\pldg\notice.dismissal.doc:blg